PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

**FILED**
NOV 23 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE __Western__ DISTRICT OF TEXAS
__Midland__ DIVISION

#106393
__Juvel Fernandez III (fellow inmates)__
Plaintiff's Name and ID Number

__Ector County Detention Center__
Place of Confinement  P.O. Box 331  Odessa, Tx. 79760

CASE NO. __7:20-cv-00264-DC-RCG__
(Clerk will assign the number)

v.

__Ector County Detention Center__
Defendant's Name and Address  P.O. Box 331  Odessa, Tx. 79760

__Contracted (Medical Staff)__ P.O. Box 331
Defendant's Name and Address  Odessa, Tx. 79760

_____
Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

Your complaint is subject to dismissal unless it conforms to these instructions and this form.

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✓YES ___NO

    B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1. Approximate date of filing lawsuit: Jan. 14, 2020 was addressed in October

        2. Parties to previous lawsuit:
        Plaintiff(s) Juwel Fernander III
        Defendant(s) City of Dallas, Parkland Hospital

        3. Court: (If federal, name the district; if state, name the county.) Northern Division (Dallas)

        4. Cause number: 3:20-cv-00088

        5. Name of judge to whom case was assigned: Rebecca Rutherford (Magistrate)

        6. Disposition: (Was the case dismissed, appealed, still pending?) still pending

        7. Approximate date of disposition: Jan. 14, 2020

II. PLACE OF PRESENT CONFINEMENT: Ector County Detention Center

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?   ___YES  ✓NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

Several Grievances have been sent, need to pull out of Open Records

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Juvel Fernandez III (fellow inmates)
P.O. Box 331,           Home address: 243 W. McArther Ave.
Odessa, Tx. 79760                        Odessa, Tx. 79760

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: Ector County Detention Center, P.O. Box 331 Odessa Tx. 79760 Officials (Guards) Including Sgt. Galvan, Captain McNiell, Mike Griffin, entire Facility

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

The officials respect us on mask, they were no mask at times, associate with inmates, and the County does not test incoming inmates.

Defendant #2: (CONTRACTED) Medical Staff

Protocol procedures are not down, no testing, not taking care of respiratory patients, neglecting medical care.

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #3: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

3

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

In the 4102 Block at the Ector County Detention Center, Several officials use negligent protocols in addressing the guards as they recklessly walk in tanks, over tank with no masks at times. Sgt. Galvan, Captain McNeill have been addressed through grievance procedure, they don't test new coming inmates properly, and segregate them while results come in, Medical staff does not attend and investigate respiratory patients properly. The Entire facility is doing there job in negligent procedures, not issuing us any mask as well during this dangerous pandemic.

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Declatory Relief, Monetary Relief, Compensatory Relief. Addressing the Ector County Detention Center ASAP, before the situation arises in crucial injuries.

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Juvie's

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

TDCJ - (I have requested my TDC numbers from my family, I will send them to you upon arrival ASAP

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division):_____
2. Case number:_____
3. Approximate date sanctions were imposed:_____
4. Have the sanctions been lifted or otherwise satisfied? ____YES ____NO

4

C. Has any court ever warned or notified you that sanctions could be imposed?   ____YES  ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division):_____
   2. Case number:_____
   3. Approximate date warning was issued:_____

Executed on: 11-19-2020
              DATE

_____Juvel Fernandez III_____
_____[signature]_____
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this  11-19-2020  day of  November , 20 20 .
             (Day)                (month)         (year)

_____Juvel Fernandez III_____
_____[signature]_____
(Signature of Plaintiff)

**WARNING:** Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.

# AFFIDAVIT
## (Class-Action)

#106373

We here in the Ector County Detention Center inmates, Juvel Fernandez III, Christian Martinez #148961, Samuel Galvan #150265, Ivan Caballero II #140686, Ricardo Marisical #103397, Charlie Ruiz #115451, Ruben Olivas #119727, ADALBERTO ARRAS #148334, Jerry E. Thompson #64683 give permission for JUVEL FERNANDEZ III, to represent us as the plaintiff, in regards to this CLASS-ACTION LAWSUIT, Filed by all of our committee. We been going ongoing medical negligence, improper protocol procedures, no mask awareness in this Dangerous Pandemic era, that we live in. At this moment the danger of our lifes are in crucial danger in regards to unproffesional behaviors on the entire Ector County Detention Center, and who they contracted in the (Medical Staff) employees. Sanitacion is not proper, Non-testing, and Isolating new incoming inmates

We under penalty of perjury, declare that this Affidavit is true and complete, to the best of our knowledge, and will testify to veracity of the truth, in front of a Constitutionally Lawful Judge.

Juvel Fernandez III
Authorized Representive

*[signature]* III
Without Prejudice/Without Recourse

PRINTED     11-19-2020      All Rights Reserved
            Date

Juvel Fernendez ID #/06393
Ector County Detention Center
P.O. Box 3631
Odessa, TX. 79760

MIDLAND TX 797
20 NOV 2020 PM

RECEIVED

U.S. District Court
Western District of
UNITED STATES COURTHOUSE
200 E. Wall Street, Room 222
Midland, Texas, 79701

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____

NOV 23 2020

7970135201