UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| JUVEL FERNANDEZ III, § | |
| § | |
| vs. § | NO:  MO:20-CV-00264-DC |
| § | |
| ECTOR COUNTY DETENTION CENTER, § | |
| CONTRACTED (MEDICAL STAFF), SGT. § | |
| GALVAN, CAPTAIN MCNEILL, SHERIFF § | |
| MIKE GRIFFIS § | |

## FINAL JUDGMENT

On this day the Court entered an Order dismissing Plaintiff's case for want of prosecution. The Court now enters its Final Judgment pursuant to Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's 42 U.S.C. §1983 Civil Rights Complaint is **DISMISSED WITHOUT PREJUDICE FOR WANT OF PROSECUTION**.

**IT IS ORDERED** that all other pending motions, if any, are **DENIED AS MOOT,** and the parties shall bear their own costs.

It is so **ORDERED.**

**SIGNED this 20th day of January, 2021.**

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE